```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

SHANITA MICHELLE HOWARD,          :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :
                                  :     CIVIL ACTION 12-0672-M
CAROLYN W. COLVIN,                :
Commission of Social Security,    :
                                  :
    Defendant.                    :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Shanita Michelle Howard.

DONE this 24${}^{\text{th}}$ day of June, 2013.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE