```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

SHANITA MICHELLE HOWARD,          :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :
                                  :          CIVIL ACTION 12-0672-M
CAROLYN W. COLVIN,                :
Commission of Social Security,    :
                                  :
    Defendant.                    :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Shanita Michelle Howard.

DONE this 24th day of June, 2013.

                                        s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE